UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO. 6:06-CV-00359-ACC-DAB

MICHAEL P. McGAHEY,

    Plaintiff,

vs.

MC2, INC., and THOMAS G. McCLAY,

    Defendants.
_____/

**STIPULATION FOR DISMISSAL**

The parties hereby stipulate as follows:

1. This action shall be dismissed without prejudice upon filing of this stipulation.

2. The Plaintiff's claim for retirement benefits that was the subject of this action shall be resolved as set forth below upon resolution of the balance of the Plaintiff's claims in the related state court action.

3. Should the Plaintiff prevail in the state court action, the judgment shall include as an element of the Plaintiff's damages retirement contributions in the agreed-upon percentage of the Plaintiff's compensation, computed upon the amount

of such compensation as may be awarded as damages in that litigation, if any.

  4.  The Defendant's Motion to Dismiss that was pending at the time of partial remand to the state court shall be considered by the state court judge.

  5.  Neither side shall be entitled to recover costs or attorneys fees under ERISA as a result of the filing of this action or its dismissal pursuant to this stipulation.

  Stipulated and agreed to on this the 23rd of October , 2006 by:


    By: Roy D. Wasson
       Roy D. Wasson
       WASSON & ASSOCIATES, CHARTERED
       Counsel for Plaintiff
       1320 South Dixie Highway, Suite 450
       Miami, FL 33146


  Stipulated and agreed to on this the 23rd of October , 2006 by:


    By: s/Paul Scheck, s/Mary Ruth Houston
       Paul Scheck and
       Mary Ruth Houston
       SHUTTS & BOWEN
       Counsel for Defendant
       P.O. Box 4956
       Orlando, FL 32802-4956